Case 4:05-cv-010⬤    Document 10-7    Filed 04/04/2⬤5    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

05 - 11085 GAO

CLASSIC PRINTERS, INC. AND §
HERBERT W. HAAS, AS GUARANTOR, §
§
Plaintiffs, §
§
v. §    MAGISTRATE JUDGE
§    CIVIL ACTION NO. H-05-1015
§
INDIGO AMERICA, INC. d/b/a §
DIGITAL PUBLISHING SOLUTIONS, §
HEWLETT-PACKARD COMPANY AND §
HEWLETT-PACKARD FINANCIAL §
SERVICES COMPANY, §
§
Defendants. §

## ORDER GRANTING MOTION TO TRANSFER VENUE

ON THIS DAY came to be heard Defendants' HEWLETT-PACKARD COMPANY and INDIGO AMERICA, INC. Motion to Transfer Venue. This Court, having considered the pleadings, the declaration on file, and the arguments of the Parties, if any, is of the opinion that the Motion to Transfer Venue should be GRANTED.

IT IS, THEREFORE, ORDERED that the Motion to Transfer Venue be GRANTED, and that this cause be transferred to the United States District Court, District of Massachusetts, Boston Division.

IT IS FURTHER ORDERED that the clerk of this Court make up a transcript of all the orders made in this cause, certifying the transcript officially under the seal of this Court, and send it with the original papers in this cause to the clerk of the United States District Court, District of Massachusetts, Boston Division.

All costs incurred in the cause are hereby taxed against the party incurring same.

Order on Defendant's Motion to Transfer Venue
::ODMA\PCDOCS\HOUSTON\183316\1
Dallas\243481.1

Page 1 of 2

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLASSIC PRINTERS INC | § | |
| and | § | |
| HERBERT W HAAS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-05-1015 |
| | § | |
| INDIGO AMERICA INC; dba DIGITAL | § | |
| PUBLISHING SOLUTIONS | § | |
| and | § | |
| HEWLETT-PACKARD COMPANY | § | |
| and | § | |
| HEWLETT-PACKARD FINANCIAL | § | |
| SERVICES COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The scheduling conference **is reset to June 27, 2005 at 4:00 p.m.,** and will be

handled as a **telephone conference.** Counsel who filed or removed the action are responsible

for placing the conference call and insuring that all parties are on the line. The call may be

placed to **(713) 250-5613.**

The parties are directed to file a joint case management plan no later than June 17, 2005.

SIGNED and ENTERED the 21st day of April, 2005.

Kenneth M. Hoyt
United States District Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

APR 2 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLASSIC PRINTERS, INC. AND | § | |
| HERBERT W. HAAS, AS | § | |
| GUARANTOR, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-05-1015 |
| | § | |
| | § | HONORABLE KENNETH HOYT |
| INDIGO AMERICA, INC., D/B/A | § | |
| DIGITAL PUBLISHING | § | |
| SOLUTIONS, HEWLETT-PACKARD | § | |
| COMPANY AND | § | |
| HEWLETT-PACKARD FINANCIAL | § | |
| SERVICES COMPANY, | § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS OR ALTERNATIVE MOTION TO TRANSFER VENUE OF DEFENDANT HEWLETT-PACKARD FINANCIAL SERVICES COMPANY AND DEFENDANTS HEWLETT-PACKARD COMPANY AND INDIGO AMERICA, INC.

On the date signed below, the Court considered the Plaintiffs' unopposed motion for an extension of the submission date on the pending motions of Defendants to dismiss or alternatively transfer venue and, based on the unopposed motion and the grounds in support of the motion, it is

ORDERED that the submission date on the Motion to Dismiss or in the Alternative to Transfer Venue of Defendant Hewlett-Packard Company, and on Defendants Hewlett-Packard Company and Indigo America, Inc., d/b/a Digital Publishing Solutions' Motion to Dismiss for Improper Venue or, in the Alternative, Motion to Transfer Venue are extended to May 9, 2005

April 22, 2005

UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

CLOSED, TRANSFERRED

# U.S. District Court
## Southern District of Texas (Houston)
## CIVIL DOCKET FOR CASE #: 4:05-cv-01015
## Internal Use Only

Classic Printers Inc et al v. Indigo America Inc et al
Assigned to: Judge Kenneth M. Hoyt
Case in other court: 190 th JDC Harris County Texas, 05-13969
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/23/2005
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

## Plaintiff

**Classic Printers Inc**

represented by **Charles R Huber, Jr**
281-242-8100
Fax: 281-242-7474
Email: crhuber@jonesattorneys.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Herbert W Haas**
*as Guarantor*

represented by **Charles R Huber, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Indigo America Inc**
*doing business as*
Digital Publishing Solutions

represented by **Michael L Dinnin**
Bracewell & Patterson
500 N Akard
Ste 4000
Dallas, TX 75201-3387
214-758-1077
Fax: 214-758-8377 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Hewlett-Packard Company**

represented by **Michael L Dinnin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Hewlett-Packard Financial Services Company**

represented by **John S Mayer**
Ross Banks May Cron & Cavin
2 Riverway
Ste 700
Houston, TX 77056-1918
713-626-1200
Fax: 713-623-6014
Email: jmayer@rossbanks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2005 | ❶ 1 | NOTICE OF REMOVAL from 190th JDC Harris County Texas, case number 2005-13969 ( Filing fee $ 250 ) filed by Indigo America Inc, Hewlett-Packard Company.(mmapps, ) Additional attachment(s) added on 3/24/2005 (mmapps, ). (Entered: 03/24/2005) |
| 03/23/2005 | ❷ 2 | CERTIFICATE OF INTERESTED PARTIES by Defendants, filed. (mmapps, ) Additional attachment(s) added on 3/24/2005 (mmapps, ). (Entered: 03/24/2005) |
| 03/24/2005 | ❸ 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 6/24/2005 at 02:00 PM in Courtroom 9B before Judge Sim Lake.Package was given to attorney over counter. Parties notified.(mmapps, ) (Entered: 03/24/2005) |
| 03/24/2005 | ❹ | Filing fee re: 1 Notice of Removal: $ 250.00, receipt number 554667 , filed. (agould, ) (Entered: 03/25/2005) |
| 03/25/2005 | ❺ 4 | ORDER OF RECUSAL. Judge Sim Lake recused. Deadlines in scheduling orders continue in effect. Court settings are vacated. Case reassigned to Judge Kenneth M. Hoyt for all further proceedings.( Signed by Judge Sim Lake ) Parties notified.(psmith, ) (Entered: 03/28/2005) |
| 04/01/2005 | ❻ 9 | CERTIFICATE OF SERVICE IN A REMOVED ACTION by Indigo America Inc, Hewlett-Packard Company, filed.(dkelly, ) (Entered: 04/05/2005) |
| 04/04/2005 | ❼ 5 | MOTION to Dismiss by Hewlett-Packard Financial Services Company, filed. Motion Docket Date 4/25/2005. (Attachments: # 1 Affidavit of Peter D. DePalma# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Proposed Order)(Mayer, John) (Entered: 04/04/2005) |
| 04/04/2005 | ❽ 6 | CERTIFICATE OF INTERESTED PARTIES by Hewlett-Packard Financial Services Company, filed.(Mayer, John) (Entered: 04/04/2005) |
| 04/04/2005 | ❾ | PART 2 OF DOCUMENT 5: In the Alternative, MOTION to Transfer Venue to the District of New Jersey by Hewlett-Packard Financial Services Company, filed. Motion Docket Date 4/25/2005. (ltien, ) |

| | | |
|---|---|---|
| | | (Entered: 04/06/2005) |
| 04/04/2005 | 🔵 10 | MOTION to Dismiss for Improper Venue, or, in the alternative, MOTION to Transfer Venue by Indigo America Inc and Hewlett-Packard Company, filed. Motion Docket Date 4/25/2005. (Attachments: # 1 Exh A # 2 Exh A cnt. # 3 Exh B - C # 4 Exh D # 5 Proposed Order on mtn/dismiss # 6 Proposed Order on mtn/transfer)(dkelly, ) (Entered: 04/07/2005) |
| 04/05/2005 | 🔵 7 | CERTIFICATE OF INTERESTED PARTIES by all plaintiffs, filed. (Huber, Charles) (Entered: 04/05/2005) |
| 04/05/2005 | 🔵 8 | DEMAND for Trial by Jury by all plaintiffs, filed.(Huber, Charles) (Entered: 04/05/2005) |
| 04/21/2005 | 🔵 11 | MOTION for Extension of Time Submission Date, Defendants' Motions by all plaintiffs, filed. Motion Docket Date 5/11/2005. (Huber, Charles) (Entered: 04/21/2005) |
| 04/21/2005 | 🔵 12 | OBJECTIONS to 8 Jury Demand filed by Hewlett-Packard Financial Services Company. (Attachments: # 1 Exhibit A - Advantage Master Lease Agreement)(Mayer, John) (Entered: 04/21/2005) |
| 04/21/2005 | 🔵 13 | ORDER Telephone Conference set for 6/27/2005 at 04:00 PM before Judge Kenneth M. Hoyt. Joint Case Management Plan is due 6/17/05. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(mbaird, ) (Entered: 04/21/2005) |
| 04/22/2005 | 🔵 14 | ORDER Granting Plaintiffs' Unopposed Motion for Extension of Time to File Response to Motion to Dismiss or Alternative Motion to Transfer Venue of Defendant Hewlett-Packard Financial Services Company and Defendants Hewlett-Packard Company and Indigo America, Inc. granting 11 Motion for Extension of Time .( Signed by Judge Kenneth M. Hoyt ) Parties notified.(fwilliams) (Entered: 04/22/2005) |
| 04/28/2005 | 🔵 15 | ORDER: The 10 Motion to Transfer Case is GRANTED. This case is TRANSFERRED to the U S District Court of Massachusetts, Boston Division. The Clerk to make up a transcript of all the orders in this case, certifying the transcript officially under the seal of this court and send it with the original papers to Massachusetts. All costs incurred are taxed against the party incurring same.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(psmith, ) (Entered: 04/29/2005) |
| 04/28/2005 | 🔵 | Interdistrict transfer to the District of Massachusetts, Boston Division. Certified copy of transfer order, certified docket sheet, and transfer letter sent. (psmith, ) (Entered: 04/29/2005) |



TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

Case 4:05-cv-01015    Document 3    Filed 03/24/2005    Page 1 of 1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

CIVIL ACTION NUMBER **H - 05 - 1015**

ORDER FOR CONFERENCE AND
DISCLOSURE OF INTERESTED PARTIES

1. Counsel and all parties appearing pro se shall appear for an initial pretrial and scheduling conference before

Judge Sim Lake
on June 24, 2005, at 2:00 p.m.
at the United States Courthouse
Court Room 9-B, 9th Floor
515 Rusk Avenue
Houston, Texas 77002

United States Courts
Southern District of Texas
FILED

MAR 2 4 2005

Michael N. Milby, Clerk

2. Counsel shall file with the clerk within fifteen days from receipt of this order a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. If a group can be specified by a general description, individual listing is not necessary. Underline the name of each corporation whose securities are publicly traded. If new parties are added or if additional persons or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, then each counsel shall promptly file an amended certificate with the clerk.

3. After the parties confer as required by Fed. R. Civ. P. 26(f), counsel and all parties appearing pro se shall prepare and file not less than 10 days before the conference a joint discovery/case management plan containing the information required on the attached form as required by Fed. R. Civ. P. 26(f).

4. The court will enter a Docket Control Order and may rule on any pending motions at the conference.

5. Counsel and all parties appearing pro se who file or remove an action must serve a copy of this order with the summons and complaint or with the notice of removal.

6. Attendance by an attorney who has authority to bind each represented party is required at the conference.

7. Counsel and all parties appearing pro se shall discuss whether alternative dispute resolution is appropriate and at the conference shall advise the court of the results of their discussions.

8. Counsel and all parties appearing pro se will deliver to chambers copies of all instruments filed within 7 days of the conference and within 7 days of any future court hearing or conference. Unless this rule is complied with the court will not consider any instrument filed within 7 days of any court appearance.

9. Fed. R. Civ. P. 4(m) requires defendant(s) to be served within 120 days after the filing of the complaint. The failure of plaintiff(s) to file proof of service within 120 days after the filing of the complaint may result in dismissal of this action by the court on its own initiative.

10. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of fees and costs.

By Order of the Court

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By
Deputy Clerk

TX/SD/JS-14

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| RECUSAL ORDER | | Case Number:    H-05-1015 | |
|---|---|---|---|
| **Style** | CLASSIC PRINTERS, INC. et at., v. INDIGO AMERICA, INC. et al. | | |
| **ORDER** | I stand recused in this case. Deadlines in scheduling orders continue in effect. Court settings are vacated. | | |
| | | *Signed:* | |
| | | Sim Lake | |
| | | **United States District Judge** | |
| | | Date: | March 25, 2005 |

| REASSIGNMENT | This case is reassigned to: |
|---|---|
| | KENNETH M. HOYT |
| | **MICHAEL N. MILBY** **United States District Clerk** |
| | *By:* *Deputy Clerk* |

RUE COPY I CERTIFY
TTEST,
CHAEL N. MILBY, CLERK
Deputy Clerk